# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BRENDA DESALIS,**<br>　　　　　**Plaintiff,**<br><br>　　　　v.<br><br>**NATIONWIDE PROPERTY AND**<br>**CASUALTY INSURANCE COMPANY,**<br>　　　　　**Defendant.** | CIVIL ACTION<br><br><br><br>NO. 20-1771 |

# O R D E R

**AND NOW**, this 5th day of May, 2021, upon consideration of Defendant Nationwide Property and Casualty Insurance Company's Motion for Partial Summary Judgment (ECF Nos. 15 and 16), Plaintiff Brenda Desalis's Response in Opposition (ECF No. 22), and Defendant's Reply thereto (ECF No. 24), as well as Defendant's Motion in Limine to Preclude the Testimony of Plaintiff's Witness Mike Pacchione (ECF No. 20), Plaintiff's Response in Opposition (ECF No. 23), and Defendant's Reply thereto (ECF No. 25), **IT IS HEREBY ORDERED** as follows:

1. Defendant's Motion for Partial Summary Judgment is **GRANTED** and Plaintiff's bad faith claim is **DISMISSED WITH PREJUDICE**.

2. Defendant's Motion in Limine to Preclude the Testimony of Plaintiff's Expert Witness Mike Pacchione is **DENIED AS MOOT**.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　/s/Wendy Beetlestone, J.
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**